CHAD ANDREW HENDRIX
1523 O'NEIL RD APT 12D
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348


SINGING RIVER HEALTH S
3109 BIEANVILLE BLVD
OCEAN SPRINGS, MS 39564