Certificate Number: 14424-MSS-DE-041078310

Bankruptcy Case Number: 26-50856

14424-MSS-DE-041078310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2026, at 11:36 o'clock PM EDT, Chad A Hendrix completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: June 10, 2026

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor